UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 17-cr-00328 |
|---|---|---|
| VS. | : | JUDGE WALTER |
| HECTOR GERARDO LUNA-DELEON | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #23], and in the transcript previously filed herein, [Doc. #25] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #19], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **HECTOR GERARDO LUNA-DELEON** on February 1, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this 6 day of Feb, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE